No. 01–733. KORTEBEIN ET AL. v. AMERICAN MUTUAL LIFE INSURANCE CO., NKA AMERUS LIFE INSURANCE CO. Ct. App. Tex., 3d Dist. Certiorari denied. 

No. 01–735. WILKINSON ET AL. v. DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD ET AL. Ct. App. Tex., 5th Dist. Certiorari denied. 

No. 01–738. MOSEMAN ET AL. v. VAN LEER ET AL. C. A. 4th Cir. Certiorari denied. 

No. 01–739. MORGAN CAPITAL, L. L. C. v. MEDTOX SCIENTIFIC, INC. C. A. 8th Cir. Certiorari denied. 

No. 01–741. ALLDATA CORP. ET AL. v. MILLER. C. A. 6th Cir. Certiorari denied. 

No. 01–743. CROCKETT v. SHIELDS ET AL. C. A. 9th Cir. Certiorari denied. 

No. 01–748. BOLTE v. KOSCOVE. Ct. App. Colo. Certiorari denied. 

No. 01–749. SHINPEI OKAJIMA v. BOURDEAU. C. A. Fed. Cir. Certiorari denied. 

No. 01–751. BROWN v. SNYDER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–754. NEW YORK STATE NATIONAL ORGANIZATION FOR WOMEN ET AL. v. PATAKI, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 01–755. MCLIN v. BOARD OF POLICE COMMISSIONERS OF THE METROPOLITAN ST. LOUIS POLICE DEPARTMENT ET AL. C. A. 8th Cir. Certiorari denied. 

No. 01–759. FRIENDS OF GATEWAY ET AL. v. MINETA, SECRETARY OF TRANSPORTATION, ET AL. C. A. 2d Cir. Certiorari denied.